FILED
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT
JAN 28 1999
RECEIVED CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| CALDERA, INC.<br>Plaintiff | * | CASE NO. 2:96 CV 0645B |
| | * | Appearing on behalf of: |
| v. | * | |
| | * | Defendant |
| MICROSOFT CORPORATION<br>Defendant. | * | (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __James S. Jardine__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: _28 January_, 19_99_.  _[signature]_   __A1647__
(Signature of Local Counsel)        (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, __Richard H. Klapper__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) _X_ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Ray, Quinney & Nebeker__ as associate local counsel.

Date: _January 27_, 19_99_.      Check here ____ if petitioner is lead counsel.

_[signature]_
(Signature of Petitioner)

**Name of Petitioner:** __Richard H. Klapper__  **Office Telephone:** __(212) 558-4000__
(Area Code and Main Office Number)

**Business Address:** __Sullivan & Cromwell__
(Firm/Business Name)
__125 Broad Street__       __New York__, __New York__   __10004__
Street                City            State        Zip

FEE PAID

389

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York State | New York | July 1981 |
| Southern District of New York | New York | July 1981 |
| Eastern District of New York | New York | July 1981 |
| Western District of New York | New York | January 1991 |
| Second Circuit Court of Appeals | New York | February 1984 |
| Federal Circuit Court of Appeals | Washington, D.C. | August 1988 |
| Sixth Circuit Court of Appeals | Ohio | 1985 |
| U.S. Supreme Court | Washington, D.C. | 1986 |

(If additional space is needed, attach separate sheet.)

### PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv I 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 29th day of January, 19 99.

_Dee Benson_
U.S. District Judge

hom

United States District Court
for the
District of Utah
February 1, 1999

* * MAILING CERTIFICATE OF CLERK * *

Re:   2:96-cv-00645


True and correct copies of the attached were mailed by the clerk to the following:


    Mr. Max D Wheeler, Esq.
    SNOW CHRISTENSEN & MARTINEAU
    10 EXCHANGE PLACE
    PO BOX 45000
    SALT LAKE CITY, UT  84145-5000
    JFAX 9,3630400

    Stephen D. Susman, Esq.
    SUSMAN GODFREY LLP
    1000 LOUISIANA STE 5100
    HOUSTON, TX  77002-5096

    Charles R. Eskridge III, Esq.
    SUSMAN GODFREY LLP
    1000 LOUISIANA STE 5100
    HOUSTON, TX  77002-5096
    JFAX 8,713,6543357

    Ralph H. Palumbo, Esq.
    SUMMIT LAW GROUP
    1505 WESTLAKE AVE STE 300
    SEATTLE, WA  98109

    Parker C. Folse III, Esq.
    SUSMAN GODFREY LLP
    1201 THIRD AVE STE 3090
    SEATTLE, WA  98101

    James S. Jardine, Esq.
    RAY QUINNEY & NEBEKER
    79 S MAIN ST
    PO BOX 45385
    SALT LAKE CITY, UT  84145-0385
    JFAX 9,5327543

    Richard J. Urowsky, Esq.
    Richard H. Klapper, Esq.
    SULLIVAN & CROMWELL
    125 BROAD ST
    NEW YORK, NY  10004

William H. Neukom, Esq.
MICROSOFT CORPORATION
BLDG 8S/2078
ONE MICROSOFT WAY
REDMOND, WA  98052

James R. Weiss, Esq.
PRESTON GATES ELLIS & ROUVELAS MEEDS
1735 NEW YORK AVE NW
WASHINGTON, DC  20006

Michael H. Steinberg, Esq.
SULLIVAN & CROMWELL
1888 CENTURY PARK EAST
LOS ANGELES, CA  90067

Jim F Lundberg, Esq.
NOVELL INC
A270
1555 N TECHNOLOGY
OREM, UT  84057
JFAX 8,801,2287077

Mr. Thomas R Karrenberg, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
JFAX 9,3647697